JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>Plaintiff,<br><br>vs.<br><br>KAR PROPERTY MANAGEMENT, INC., a California Corporation; and Does 1-10,<br><br>Defendant. | Case No.: CV 19-3166-DMG (KSx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [24]** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' stipulation [Doc. # 24], and for good cause shown:

**IT IS ORDERED THAT:**

The above-captioned action is dismissed with prejudice, in its entirety. All scheduled dates and deadlines are VACATED.

DATED: December 16, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-